THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEAN-
DER E. TERHUNE, Appellant, v. THEODORE A. BINGHAM,
as Police Commissioner of the City of New York,
Respondent.

*People ex rel. Terhune* v. *Bingham*, 132 App. Div. 929, affirmed.
(Argued April 26, 1911; decided May 16, 1911.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the first judicial department,
entered May 28, 1909, which dismissed a writ of certiorari
and affirmed the proceedings of the defendant in dismiss-
ing the relator from the police force of the city of New
York.

*Jacob Rouss* and *Louis J. Grant* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *Harry Crone* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.